■ Odette L. Rhee, Respondent-Appellant, v Douglas Rhee et al., Appellants-Respondents. — Judgment, Supreme Court, New York County (Fraiman, J.), entered on June 4, 1980, unanimously affirmed, without costs and without disbursements. Concur — Ross, J.P., Markewich, Fein and Lynch, JJ.

Bloom, J., concurs in a memorandum as follows: If, as defendant contends, the judgment entered after trial, insofar as it deals with the disposition of the proceeds to be realized upon the sale of the Hawaiian property, fails to accurately reflect the decision of the trial court, the appropriate remedy is an application to resettle the judgment. In all other respects I agree with the determination of the Trial Judge.

■ Subgar Realty Corp. et al., v Gothic Lumber & Millwork, Inc., et al. — Motion granted to the extent of (1) adding the words "and the fifth decretal paragraph" after the word "paragraphs" on the fifth line of the decretal paragraph of this court's order entered March 10, 1981 and (2) deleting the last sentence of the majority's memorandum decision filed with said order and substituting therefor the following: "The further discovery sought by defendants was warranted. The vacatur of plaintiffs' default in replying to the counterclaims is not an issue on this appeal." Concur — Kupferman, J.P., Birns, Sandler, Silverman and Fein, JJ. [80 AD2d 774.]